No. 1151, Misc.  ROHRLICH *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1155, Misc.  MALLORY *v.* REINCKE, ACTING WARDEN.  Supreme Court of Errors of Connecticut. Certiorari denied.

No. 1162, Misc.  DEMEULENAERE ET AL. *v.* ROCKWELL MANUFACTURING CO. ET AL.  C. A. 2d Cir.  Certiorari denied.  *Barry A. Witchell* for petitioners.  *Robert L. Clare, Jr.* and *Mathias F. Correa* for respondents.

No. 1165, Misc.  McDONALD *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 1166, Misc.  TOLER *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 1174, Misc.  WILLIAMS *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 1191, Misc.  FRITZBERG *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Supreme Court of Florida.  Certiorari denied.

No. 1192, Misc.  FONSECA *v.* NEW YORK.  Appellate Division, Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 1201, Misc.  WILSON *v.* WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.